Ian S. Dooley
Jeremy C. Lieb
Erik Grafe
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: idooley@earthjustice.org
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Plaintiffs Sierra Club et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB; FRIENDS OF THE EARTH; and GREENPEACE, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and STEVE COHN, in his official capacity as Alaska State Director of the Bureau of Land Management, <br><br> *Defendants*. | Case No. 3:22-cv-00189-JMK |

## NOTICE OF RELATED CASE (LOCAL RULES 3.1 & 16.3)

Pursuant to Local Rules 16.1(e) and 3.1(b), Plaintiffs (i) provide notice that this case, filed on August 25, 2022, is related to *National Audubon Society et al. v. Haaland et al.*, Case No. 3:20-cv-00206-SLG, filed on August 24, 2020, and (ii) request a common judicial assignment to the Judge presiding in the first-filed *National Audubon Society* case. The cases concern substantially identical facts and legal issues, L.Civ.R. 3.1(b)(1), and assignment to different judges is likely to create duplication of labor and the potential for conflicting results, L.Civ.R. 3.1(b)(2).

This case alleges that the Bureau of Land Management (BLM) violated the National Environmental Policy Act (NEPA) when it failed to assess the greenhouse gas emissions consequences of approving an exploration drilling program in the National Petroleum Reserve-Alaska (Reserve). Doc. 1 at 32-33. In its NEPA analysis for the exploration program, BLM relied on the 2020 Integrated Activity Plan environmental impact statement (EIS), which is an EIS that BLM completed to inform its decision to adopt a land management plan for the Reserve. *Id.* at 23-24, 28. In approving the exploration program, BLM concluded that the program did not have significant effects on climate change beyond those assessed in the 2020 Integrated Activity Plan EIS. *Id.* 22, 28-29. The adequacy of the analysis in the 2020 Integrated Activity Plan EIS of potential greenhouse gas emissions and their climate change impacts associated with this project is therefore at issue in this case. Plaintiffs in *National Audubon Society* also allege that the climate change analysis in the 2020 Integrated Activity Plan EIS is inadequate. Case No. 3:20-cv-00206-SLG, Doc. 24 at 31-33. Both cases thus will ask the Court to address the

*Sierra Club et al. v. BLM et al.,*
Case No. 3:22-cv-00189-JMK                                                                                              1

Case 3:22-cv-00189-JMK   Document 5   Filed 09/30/22   Page 2 of 4

adequacy of the climate change analysis in the 2020 Integrated Activity Plan EIS. Because this case and *National Audubon Society* concern, in part, the same underlying legal issue of the adequacy of the climate impact analysis levied against the identical agency EIS, transferring the cases to the Judge presiding over the first-filed *National Audubon Society* case, *cf.* L.Civ.R. 3.1(d)(2), would promote judicial efficiency and avoid the risk of conflicting judgments.

For the foregoing reasons, Plaintiffs provide this notice of related cases and respectfully request assignment of this case to the Judge presiding over *National Audubon Society*.

Respectfully submitted this 30th day of September, 2022.

*s/ Ian S. Dooley*
Ian S. Dooley (Alaska Bar No. 2006059)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: idooley@earthjustice.org
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Friends of the Earth, and Greenpeace, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, a copy of foregoing NOTICE OF RELATED CASE was served by first class mail on the following:

Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Deb Haaland, Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Steve Cohn, Alaska State Director
Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

*s/ Ian S. Dooley*
Ian S. Dooley