IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SIERRA CLUB; FRIENDS OF THE
EARTH; and GREENPEACE, INC.,

           Plaintiffs,

    vs.

BUREAU OF LAND
MANAGEMENT; UNITED STATES
DEPARTMENT OF THE INTERIOR;
DEB HAALAND, in her official
capacity as Secretary of the United
States Department of the Interior; and
STEVE COHN, in his official capacity
as Alaska State Director of the Bureau
of Land Management,

           Defendants.

Case No. 3:22-cv-00189-JMK

**ORDER RE
NOTICE OF RELATED CASE**

At Docket 5, Plaintiffs filed a Notice of Related Case. Plaintiffs state that the present case is related to *National Audubon Society, et al. v. Haaland, et al.*, Case No. 3:20-cv-00206-SLG, and request common judicial assignment pursuant to Alaska Local Rules 3.1(b) and 16.1(e).[1] Having review both actions, the Court does not believe common judicial assignment is warranted at this time. Specifically, the Court does not find

---

[1] Docket 5 at 1.

the matters to have substantially identical legal issues that are likely to create the potential for conflicting results, particularly given the procedural posture of *National Audubon Society, et al. v. Haaland, et al.*[2] If developments in either case increase the potential for conflicting results, the Court encourages Plaintiffs to resubmit a notice to the Court and/or file a motion to consolidate.

IT IS SO ORDERED this 17th day of November, 2022, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

---

[2] See D. Alaska Loc. Civ. R. 3.1(b).

*Sierra Club, et al. v. Bureau of Land Management, et al.*      Case No. 3:22-cv-00189-JMK
Order Re Notice of Related Case                                                      Page 2

Case 3:22-cv-00189-JMK   Document 9   Filed 11/17/22   Page 2 of 2