IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB; FRIENDS OF THE EARTH; and GREENPEACE, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and STEVE COHN, in his official capacity as Alaska State Director of the Bureau of Land Management,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00189-JMK |

## ORDER RE INITIAL SCHEDULING & PLANNING CONFERENCE REPORT

Pursuant to Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and Local Civil Rules 16.1 and 26.1(b), counsel for all parties that have appeared in this action and self-represented litigants must confer within 14 days from service of this order for purposes of jointly completing a Scheduling and Planning Conference Report. The report must conform to the Court's form, which is available online in Microsoft Word format on the Court's public website: http://www.akd.uscourts.gov. (At the website, choose the "Forms" tab, select "Local Forms," and scroll down to "Civil Form 26(f) (All Judges).")

Within 21 days from service of this order, counsel for the plaintiff shall serve and file the parties' report with the Court.

In the event the parties to this case are already actively engaged in settlement negotiations, counsel for the plaintiff shall so advise the Court within 7 days following the entry of this order and shall specify the date by which the parties expect to conclude their settlement negotiations.

DATED this 28th day of November, 2022, at Anchorage, Alaska.

                                              */s/ Joshua M. Kindred*
                                              UNITED STATES DISTRICT JUDGE

*Sierra Club, et al. v. Bureau of Land Management, et al.*
Case No. 3:22-cv-00189-JMK
Order Re Initial Scheduling & Planning Conference Report
Page 2 of 2
Case 3:22-cv-00189-JMK   Document 11   Filed 11/28/22   Page 2 of 2