TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>                Plaintiffs,<br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>                Defendants. | Case No. 3:22-cv-00189-JMK |

**DEFENDANTS' NOTICE OF
CONVENTIONAL FILING OF THE ADMINISTRATIVE RECORD**

Defendants U.S. Bureau of Land Management, et al., are conventionally filing the

Administrative Record on electronic media pursuant to Local Civil Rules 7.1 (General

Motion Practice) and 16.3(b) (Administrative Agency Appeals). Exhibit 1 filed herewith

is a declaration certifying the contents of the Administrative Record. Exhibit 2 filed herewith is the Administrative Record index. Defendants are conventionally filing the Administrative Record on electronic media by hand delivery to the Clerk's Office. Copies of the Administrative Record are being served on Plaintiffs' counsel by hand delivery and express delivery.

Respectfully submitted this 31st day of January 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke