IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB; FRIENDS OF THE EARTH; and GREENPEACE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and STEVE COHN, in his official capacity as Alaska State Director of the Bureau of Land Management, <br><br> Defendants. | Case No. 3:22-cv-00189-JMK <br><br> **ORDER GRANTING JOINT MOTION TO AMEND ADMINISTRATIVE SCHEDULE** |

Pursuant to the Local Civil Rules 16.1(a)(8) and 16.3, and the parties' Joint Motion for Extension of Time, filed at Docket 22, the Court establishes the following deadlines:

1. On or before April 28, 2023, Plaintiff shall file and serve their opening brief.

2. On or before June 9, 2023, Defendant shall file and serve their brief in opposition.

3. On or before June 23, 2023, Plaintiff may file and serve a reply brief.

IT IS SO ORDERED this 13th day of April, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*Sierra Club, et al. v. Bureau of Land Management, et al.* Case No. 3:22-cv-00189-JMK
Order Granting Joint Motion to Amend Administrative Schedule Page 2
Case 3:22-cv-00189-JMK   Document 23   Filed 04/13/23   Page 2 of 2