Ian S. Dooley
Jeremy Lieb
Erik Grafe
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: idooley@earthjustice.org
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Plaintiffs Sierra Club et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB; FRIENDS OF THE EARTH; and GREENPEACE, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and STEVE COHN, in his official capacity as Alaska State Director of the Bureau of Land Management, <br><br> *Defendants*. | Case No. 3:22-cv-00189-JMK |

**MOTION TO TAKE JUDICIAL NOTICE OF SUPPLEMENTAL FACTUAL MATERIALS PURSUANT TO LOCAL RULE 7.3(d) AND FEDERAL RULE OF EVIDENCE 201**

Pursuant to Local Rule 7.3(d) and Federal Rule of Evidence 201, Plaintiffs Sierra Club *et al.* hereby move the Court to take judicial notice of the following exhibits cited in their Principal Brief Under Local Rule 16.3(c)(1), which was filed on April 28, 2023 (Doc. 24):

| | |
|---|---|
| Exhibit 5 (Doc. 24-5) | Bureau of Land Management, National Petroleum Reserve in Alaska Integrated Activity Plan Record of Decision (Apr. 2022), https://eplanning.blm.gov/public_projects/117408/200284263/20058238/250064420/2022_NPRA_IAP_ROD_508.pdf (last visited Apr. 26, 2023) (excerpts) |
| Exhibit 6 (Doc. 24-6) | *Nat'l Audubon Soc'y et al. v. Haaland et al.*, Case No. 3:20-cv-00206-SLG, Doc. 65 (Jan. 27, 2023) |

The documents are provided as exhibits to Plaintiffs' Principal Brief, and they correspond to the exhibit numbers above.

Exhibit 5 (Doc. 24-5) is an appropriate subject for judicial notice because it is a government document made publicly available by government entities. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information [on government web sites], as it was made publicly available by government entities . . . ."); *see also Catholic League for Religious & Civil Rights v. City and Cnty. of S.F.*, 567 F.3d 595, 606 n.13 (9th Cir. 2009) (judicial notice appropriate for matters of public record); *United States v. Camp*, 723 F.2d 741, 744 n.** (9th Cir. 1984) (same); *Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1033-34 (C.D. Cal. 2015) (taking judicial notice of information on government websites; listing cases).

Exhibit 6 (Doc. 24-6) is a pleading filed in another case pending before this Court. Courts may take judicial notice of such documents. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Respectfully submitted this 28th day of April, 2023.

        *s/ Ian Dooley*
        Ian S. Dooley (Alaska Bar No. 2006059)
        Jeremy Lieb (Alaska Bar No. 1810088)
        Erik Grafe (Alaska Bar No. 0804010)
        EARTHJUSTICE
        441 W 5th Avenue, Suite 301
        Anchorage, AK 99501
        T: 907.277.2500
        E: idooley@earthjustice.org
        E: jlieb@earthjustice.org
        E: egrafe@earthjustice.org

        *Attorneys for Plaintiffs Sierra Club, Friends of the Earth, and Greenpeace, Inc.*