IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB; FRIENDS OF THE EARTH; and GREENPEACE, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; and STEVE COHN, in his official capacity as Alaska State Director of the Bureau of Land Management,<br><br>        Defendants. | Case No. 3:22-cv-00189-JMK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

On August 16, 2023, the parties filed a Stipulation of Dismissal Without Prejudice, and Settlement Agreement.[1] Pursuant to Fed. R. Civ, P. 41(a)(2), the Court hereby **GRANTS** the parties' stipulation to dismiss this case without prejudice. The obligations under the Settlement Agreement[2] are incorporated into this Order and the Court shall retain jurisdiction over this matter solely to adjudicate any disputes concerning implementation of such agreement. Therefore, this matter is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is directed to close the case file.

IT IS SO ORDERED this 18th day of August, 2023, at Anchorage, Alaska.

                                                                */s/ Joshua M. Kindred*
                                                             JOSHUA M. KINDRED
                                                            United States District Judge

---

[1] Docket 30.
[2] *Id.*